Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-414-538

**Effective Date of Registration:**
May 21, 2024
**Registration Decision Date:**
September 26, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Amulet |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | September 25, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Stephanie Ryan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Stephanie Ryan |
| | 1605 Barbara Drive, Downingtown, PA, 19335, United States |

---

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MHS Licensing |
| **Name:** | John Haesler |
| **Email:** | john@mhslicensing.com |
| **Telephone:** | (952)544-1377 |
| **Address:** | 111 3rd Avenue South Suite 360 Minneapolis, MN 55401 United States |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
## VA 2-414-541
**Effective Date of Registration:**
May 21, 2024
**Registration Decision Date:**
September 26, 2024

---

## Title
    **Title of Work:** Charmed

## Completion/Publication
    **Year of Completion:** 2015
    **Date of 1st Publication:** September 29, 2015
    **Nation of 1st Publication:** United States

## Author
-     **Author:** Stephanie Ryan
    **Author Created:** 2-D artwork
    **Citizen of:** United States

## Copyright Claimant
    **Copyright Claimant:** Stephanie Ryan
    1605 Barbara Drive, Downingtown, PA, 19335, United States

## Rights and Permissions
    **Organization Name:** MHS Licensing
    **Name:** John Haesler
    **Email:** john@mhslicensing.com
    **Telephone:** (952)544-1377
    **Address:** 111 3rd Avenue South
    Suite 360
    Minneapolis, MN 55401 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-414-546

**Effective Date of Registration:**
May 21, 2024
**Registration Decision Date:**
September 26, 2024

## Title

    **Title of Work:** Think Happy Thoughts

## Completion/Publication

    **Year of Completion:** 2013
    **Date of 1st Publication:** March 07, 2013
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Stephanie Ryan
    **Author Created:** 2-D artwork
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Stephanie Ryan
    1605 Barbara Drive, Downingtown, PA, 19335, United States

## Rights and Permissions

    **Organization Name:** MHS Licensing
    **Name:** John Haesler
    **Email:** john@mhslicensing.com
    **Telephone:** (952)544-1377
    **Address:** 111 3rd Avenue South
    Suite 360
    Minneapolis, MN 55401 United States

## Certification

